FILED

01/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0521

_____

IN RE THE MARRIAGE OF:

ANDREA OKLAND,

      Petitioner and Appellant,                    O R D E R

  and

CHRISTOPHER OKLAND,

      Respondent and Appellee.

_____

Appellant Andrea Okland has filed a motion for extension to file the opening brief. Good cause appearing,

IT IS THEREFORE ORDERED that Appellant's opening brief is due January 20, 2023.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 6 2023